UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT
of CALIFORNIA

| | |
|---|---|
| In re:<br>Kevin J. Karber<br><br>1165 Rae Anne Ct<br>Concord, CA 94520 | Chapter: 13<br>Case Number: 07-41382<br>Court Claim Number: 4<br>Date Claim Filed: 05/17/2007<br>Amended Court Claim Number:<br>Amended Date Claim Filed: |

JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCAST Settlement Corporation (the "Purchaser/Trasferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001(e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon docketing of the Joint Notice of Transfer of Claim.

Account Number: *************0001
Claim Amount: $13027.29
Dated: 10/05/2007

| SELLER/TRANSFEROR/ASSIGNOR:<br>Wells Fargo Operation Center<br>Loan Servicing Payment Processing<br>7421 Jefferson Blvd NE<br>Albuquerque, NM 87109<br>Telephone: (800) 241-0039 | PURCHASER/TRANSFEREE/ASSIGNEE:<br>eCAST FOB Wells Fargo<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971<br><br>Telephone Number: **SVCR: (520) 577-1544**<br>I declare under penalty of perjury that the information<br>provided on this notice is true and correct to the best<br>of my knowledge and belief.<br><br>By: /s/Patti H. Bass, Esq. (AZ 016849)<br>    Attorney for Creditor<br>    Bass & Associates, P.C.,<br>    3936 E Ft Lowell Rd, Suite 200<br>    Tucson, AZ 85712<br>    (520) 577-1544<br>    ecf@bass-associates.com |



Wells Fargo Bank, N.A.
1 Home Campus
2nd Floor, MAC X2505-028
Des Moines, IA 50328-0001
515/221-5920
515/327-4265 (Fax)

## BILL OF SALE

and

## ASSIGNMENT OF RECEIVABLES

Pursuant to

## PURCHASE AND SALE AGREEMENT

FOR GOOD AND VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, in accordance with that certain Purchase and Sale Agreement ("Purchase Agreement") dated as of September 28, 2007, by and among Wells Fargo Bank, N.A. (the "Seller"), and eCast Settlement Corporation ("Buyer"), on and subject to the terms, provisions, conditions, limitations, waivers and disclaimers and conditions of the Purchase Agreement, the Seller hereby assigns, transfers and conveys to Buyer all of Seller's right, title and interest and claims arising in and to the Receivables listed on the attached data diskette file Schedule A. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Purchase Agreement.

The Receivables include receivables which were previously owned by:

Wells Fargo Bank, N.A.

Seller hereby stipulate that Buyer may be substituted for Seller as the valid owner of the Receivables and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rules 3001 (e) (2) or otherwise.

Buyer hereby acknowledges that the Seller is making no representation or warranty with respect to the assets being conveyed hereby except as set forth in the Purchase Agreement. Seller, for itself, its successors and assigns, hereby covenants and agrees that, at any time and from time to time forthwith upon the written request of Buyer, it will do, execute, acknowledge and deliver or cause to be done, executed, acknowledged and delivered, each and all of such further acts, deeds, assignments, transfers, conveyances, powers of attorney and assurances as may reasonably be required by Buyer in order to assign, transfer, set over, convey, assure and confirm unto and vest in Buyer title to the assets sold, conveyed, transferred and delivered by this Bill of Sale and Assignment of Receivables.

IN WITNESS WHEREOF, each of the Sellers has executed this Bill of Sale and Assignment of Receivables as of September 28, 2008, to be effective as of the Closing Date (as defined in the Purchase Agreement).

WELLS FARGO BANK, N.A.

By: *Sherri Miller*
Name: Sherri Miller
Title: Vice President



Wells Fargo Bank, N.A.
1 Home Campus
2nd Floor, MAC X2505-028
Des Moines, IA 50328-0001
515/221-5920
515/327-4265 (Fax)

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Wells Fargo Bank, N.A. ("Transferor"), has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue New York, New York. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following names:

Wells Fargo Bank, N.A.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 28th day of September, 2007.

WELLS FARGO BANK, N.A., Transferor

By: *Sherri Miller*
Name: Sherri Miller
Title: Vice President